UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lender License, Inc., *et al.*,

    Plaintiffs,

v.                                                     Case No.: 08-11711

Mortgage Insurance Agency, Inc., *et al.*,      Honorable Sean F. Cox

    Defendants.

_____/

## **ORDER OF DISMISSAL**

Plaintiffs filed this action on April 22, 2008, asserting subject matter jurisdiction through diversity of citizenship pursuant to 28 U.S.C. §1332. (*See* Pl.'s Compl. at ¶ 14).

"[F]ederal courts have an independent obligation to investigate and police the boundaries of their own jurisdiction." *Douglas v. E.F. Baldwin & Assocs., Inc.*, 150 F.3d 604, 607 (6th Cir. 1998). Having reviewed Plaintiffs' complaint, it clearly appears from the face of the complaint that this Court does not have diversity jurisdiction over this action. Accordingly, the Court ordered Plaintiffs to show cause, in writing by April 24, 2008, why this case should not be dismissed for lack of subject matter jurisdiction.

Plaintiff has not responded to the Show Cause Order and the time for doing so has now passed.

For the reasons stated in the April 22, Show Cause Order, the Court concludes that it lacks subject matter jurisdiction over this action.

Accordingly, IT IS ORDERED that this action is hereby DISMISSED, WITHOUT PREJUDICE, FOR LACK OF SUBJECT MATTER JURISDICTION.

IT IS SO ORDERED.

Dated: April 28, 2008                    S/ Sean F. Cox
                                         Sean F. Cox
                                         U. S. District Court Judge

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on April 28, 2008.

                                         s/Jennifer Hernandez
                                         Case Manager to
                                         District Judge Sean F. Cox